USDC - DVT
5:21-mc-93

# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

FILED
MAY 21, 2021
USDC-VT

**IN RE:   COVID-19 PUBLIC EMERGENCY – ORDER CONCERNING FACE MASKS AND SOCIAL DISTANCING IN PUBLIC AREAS OF FEDERAL BUILDINGS AND COURTHOUSES**

## GENERAL ORDER NO. 98

Following the Center for Disease Control and Prevention's (CDC) revised guidance, Governor Phil Scott issued an Executive Order on May 14, 2021 lifting the State of Vermont's masking and social distancing requirements for fully vaccinated individuals. Consistent with the court's approach throughout the pandemic of following CDC and State of Vermont guidance, the court and the district's Facility Security Committees have voted to adopt a district-wide policy that closely follows the current CDC and Governor's guidance.  Accordingly, **IT IS HEREBY ORDERED** that within Vermont's federal courthouses:

1. Masking and social distancing are no longer required for fully vaccinated individuals;

2. The masking and social distancing mandate remains in place for unvaccinated or partially vaccinated individuals;

3. Individuals shall respect and comply with a request from another individual to wear a mask and/or maintain social distancing during their interaction for reasons of individual safety and health;

4. This order applies only to the common or public areas of the buildings, including courtrooms.

5. For criminal hearings involving incarcerated defendants, masks will still be required. For criminal trials, the presiding judge will make a ruling about the mask requirement for the defendant and others attending the trial.  The judge will make this decision before the trial as part of a broader discussion about trial preparations and safety precautions with counsel for all parties and other participants.  For the present, video appearance by criminal defendants remains an option; and

6. Each individual agency will determine the requirements for their own internal agency workspace.

**IT IS FURTHER ORDERED** that the following persons shall not enter any United States courthouse in the District of Vermont:

7. Persons who have been diagnosed with, or have had contact with, anyone who has been diagnosed with COVID 19 within the past 14 days; or

8. Persons who are sick or symptomatic (with fever, cough or shortness of breath).

**IT IS FURTHER ORDERED** that court security staff is authorized to enforce the above listed restrictions and deny entry to or expel individuals as necessary.

This order shall be effective immediately and will remain in effect until amended or vacated. Dated at Burlington, in the District of Vermont, this 21st day of May, 2021.


_____
Hon. Geoffrey W. Crawford
Chief Judge